IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 97–cr–00075–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY J. STUMPO, and
2. CLINT G. BURDICK,

    Defendants.

## ORDER

This matter is before the court on Defendant Gary Stumpo's motion to reconsider sentence (#73, filed November 15, 2006). The court has no jurisdiction at this point to reconsider and, if it did, would find that the grounds for the motion are unpersuasive. The motion is therefore DENIED.

Dated this 16th day of November, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge